IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-HC-2158-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | ORDER |
| KENDRICK R. DOUGLAS, | ) ) | |
| Respondent. | ) ) | |

This matter is before the Court on the Government's motion to modify the terms of Respondent's conditional release. For the reasons set forth in the Government's motion, and for good cause shown, the motion is allowed. The Order of this Court dated April 8, 2024, is hereby modified to amend condition numbers 15 and 16 of the Order to read as follows:

15. Be monitored with location monitoring technology for an additional period of twelve (12) months from the date of this Order, and must follow the rules and regulations of the location monitoring program. The location monitoring consists of GPS monitoring (including hybrid GPS) to monitor Respondent's movement in the community. If an additional period of GPS monitoring or other changes are needed, the United States and/or Probation Office may seek further modification.

16. For a period of twelve (12) months from the date of this Order, be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court

appearances; court-ordered obligations; or other activities pre-approved by his Probation Officer. If an additional period of home detention or other changes are needed, the United States and/or Probation Office may seek further modification.

SO ORDERED, this __7__ day of January, 2026.

JAMES C. DEVER III
United States District Judge